error coram nobis denied. Present—Hurlbutt, J.P., Scudder, Green and Hayes, JJ.

▪ In the Matter of the JUDICIAL SETTLEMENT OF THE SECOND INTERMEDIATE ACCOUNT OF THE CHASE MANHATTAN BANK (Successor in Interest to CHASE LINCOLN FIRST BANK, N.A., Successor in Interest to LINCOLN FIRST BANK OF ROCHESTER, Formerly Known as LINCOLN ROCHESTER TRUST COMPANY), as Trustee of the Trust for the Benefit of BLANCHE D. HUNTER (Who Died December 29, 1972) and MARGARET H. DODGE under "Fifth" of the Will of CHARLES G. DUMONT, Deceased, Appellant-Respondent. MARGARET HUNTER et al., Respondents; ELIOT SPITZER, Attorney General, State of New York, Respondent. [813 NYS2d 689]—Motion for leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Scudder, Martoche and Hayes, JJ.

▪ RENEE AGNELLO, Appellant, v THOMAS ALAN PAYNE, Respondent. [813 NYS2d 689]—Motion for leave to appeal to the Court of Appeals denied. Present—Pigott, Jr., P.J., Martoche, Smith, Pine and Hayes, JJ.

▪ In the Matter of BATAVIA FIRST, an Unincorporated Association by JO WILKES, Individually and as its President, et al., Respondents-Appellants, v TOWN OF BATAVIA et al., Appellants-Respondents. [813 NYS2d 690]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Scudder, Gorski, Martoche and Smith, JJ.

▪ HOWARD R. BUSCH, Respondent, v ERIE COUNTY INDUSTRIAL DEVELOPMENT AGENCY et al., Defendants, and 2525 WALDEN ASSOCIATES, Appellant. [813 NYS2d 690]—Motion for reargument denied. Present—Hurlbutt, J.P., Kehoe, Gorski, Martoche and Green, JJ.

▪ CYNTHIA JENKINS, Appellant-Respondent, v JAMES CROSSWAY et al., Respondents-Appellants. [813 NYS2d 690]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Scudder, J.P., Kehoe, Martoche, Green and Pine, JJ.

▪ ALBERTA PATRICK, Appellant, et al., Plaintiff, v MARK E. DE DOMINICIS, Respondent. (Appeal No. 1.) ALBERTA PATRICK, Appellant, et al., Plaintiff, v MARK E. DE DOMINICIS, Respondent. (Appeal No. 2.) ALBERTA PATRICK, Appellant, et al., Plaintiff, v MARK E. DE DOMINICIS, Respondent. (Appeal No. 3.) [813 NYS2d 690]—Motion for reargument denied. Present—Scudder, J.P., Kehoe, Martoche, Smith and Pine, JJ.